**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rick MENDOZA, Defendant–Appellant.**

No. 08–30238.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 23, 2009.

Stephanie A. Van Marter, Assistant U.S., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Dan Bruce Johnson, Dan B. Johnson, P.S., FCIL—Federal Correctional Institution, Lompoc, CA, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM [**]

Rick Mendoza appeals from his guilty-plea conviction for conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mendoza's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Mendoza has filed a pro se supplemental brief, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.** However, we **REMAND** to the district court for the limited purpose of correcting the judgment to clarify that Mendoza was convicted of violating 21 U.S.C. §§ 841(a)(1) and 846.

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.